UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK POE, RACHEL ROE, and VERONICA VOE, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DAMIA HARRIS-MADDEN, as Commissioner of the New York State Office of Children and Family Services; KRISTIN GLEESON, as Director of Statewide Central Register of Child Abuse and Maltreatment, and Acting Associate Commissioner of Child Welfare and Community Services; and STEVEN CONNOLLY, as Director of the Bureau of Special Hearings,<br><br>　　　Defendants. | Case No.: 1:26-cv-01606-GBD<br><br>Judge George B. Daniels<br>Magistrate Judge Henry J. Ricardo<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION** |

**PLEASE TAKE NOTICE** that, at a date and time to be determined by the Court, Plaintiffs will move this Court, before the Honorable George B. Daniels, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting certification of a class under Federal Rule of Civil Procedure 23(b)(2), or in the alternative, Rule 23(b)(1) consisting of:

> all persons (A) who are or will be subject to a Statewide Central Register background check; (B) who are or will be listed on the Statewide Central Register as subjects of reports of child abuse or maltreatment that were or will be investigated and deemed indicated by a designated Child Protective Services agency; (C) who timely requested or will timely request amendment or sealing of their indicated reports; and (D) whose requests for amendment or sealing have not been finally decided (the "Class")

In support of this motion, Plaintiffs submit their memorandum of law; the declaration of Suhana S. Han, dated March 2, 2026, and all exhibits annexed thereto; the declaration of Melissa Avilez

Lopez, dated February 27, 2026, and all exhibits annexed thereto; the declaration of Patrick Poe, dated February 27, 2026; the declaration of Rebecca Roe, dated February 27, 2026; the declaration of Veronica Voe, dated February 27, 2026; the declaration of C.C., dated February 27, 2026; the declaration of L.B.H., dated March 2, 2026; Plaintiffs' pleadings filed in this action; and any argument or evidence that may be presented at the hearing in this matter, if a hearing is deemed necessary.

Dated: March 2, 2026
       New York, New York

/s/ Suhana S. Han
Garrard R. Beeney (*beeneyg@sullcrom.com*)
Suhana S. Han (*hans@sullcrom.com*)
Jessica M. Klein (*kleinj@sullcrom.com*)
Stella S. Meyer (*meyerste@sullcrom.com*)
Aneesa Mazumdar (*mazumdara@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, N.Y. 10004-2498
Telephone:  (212) 558-4000

/s/ Lewis Bossing
David Shalleck-Klein (*dshalleckklein@fjlc.org*)
Lewis Bossing (*lbossing@fjlc.org*)
Sarah Ortlip-Sommers (*sortlipsommers@fjlc.org*)
Phoenix Rice-Johnson *(pricejohnson@fjlc.org)*
FAMILY JUSTICE LAW CENTER
183 Madison Avenue, Suite 419
New York, N.Y. 10016
Telephone:  (212) 223-6939

/s/ Lauren Shapiro
Lucas S. Marquez (*lmarquez@bds.org)*
Lauren Shapiro (*lshapiro@bds.org*)
Alyssa Briody (*abriody@bds.org*)
BROOKLYN DEFENDER SERVICES
177 Livingston Street, 7th Floor
Brooklyn, N.Y. 11201
Telephone:  (718) 254-0700

/s/ Christine Waer
Tehra Coles* (*tcoles@cfrny.org*)
Christine Waer* (*cwaer@cfrny.org*)
Melissa Lombreglia* (*mlombreglia@cfrny.org*)
CENTER FOR FAMILY REPRESENTATION
40 Worth Street, Suite 605
New York, N.Y. 10013
Telephone:  (212) 691-0950

/s/ Christine Gottlieb
Christine Gottlieb*
(*gottlieb@mercury.law.nyu.edu*)
NYU SCHOOL OF LAW FAMILY DEFENSE CLINIC /
WASHINGTON SQUARE LEGAL SERVICES, INC.
245 Sullivan Street, 5th Floor
New York, N.Y. 10012
Telephone:  (718) 374-1364

*\*pro hac vice* forthcoming

*Attorneys for Plaintiffs*

3

| | |
|---|---|
| Aditi Fruitwala* (*afruitwala@aclu.org*) <br> Viviana Bonilla López* <br> (*vbonillalopez@aclu.org*) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 915 15th Street NW <br> Washington, D.C. 20005 <br> Telephone:  (212) 549-2500 | Jessica Perry (*jperry@nyclu.org*) <br> Gabriella Larios (*glarios@nyclu.org*) <br> NEW YORK CIVIL LIBERTIES UNION FOUNDATION <br> 125 Broad Street, 19th Floor <br> New York, N.Y. 10004 <br> Telephone:  (212) 607-3300 |

*\*pro hac vice* forthcoming

*Of Counsel*