

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 18, 2026

**BY ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Poe, et al. v. Harris-Madden, et al.,*
       No. 26-cv-01606-GBD (S.D.N.Y.)

Dear Judge Daniels:

This Office represents Defendants DaMia Harris-Madden, sued in her official capacity as the Commissioner of the New York State Office of Children and Family Services ("OCFS"), Brian Kelly, sued in his official capacity as the Director of the Statewide Central Register of Child Abuse and Maltreatment ("SCR"),[1] and Steven Connolly, sued in his official capacity as Director of the Bureau of Special Hearings (collectively, "Defendants"), in the above-referenced action.

Pursuant to Rule II(C) of Your Honor's Individual Practices, Defendants write to respectfully request both (1) an extension of their time to answer, move, or otherwise respond to the Complaint, ECF No. 1, from March 26, 2026 to May 26, 2026, and (2) an extension of their time to respond to Plaintiffs' Motion for Class Certification, ECF No. 16, from March 19, 2026 to May 18, 2026. This is Defendants' first request for an extension of time to respond to both the Complaint and the Motion for Class Certification. The requested extension does not affect any other deadlines or any court appearances in this action. Plaintiffs' counsel consents to the requested extensions.[2]

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kelly is automatically substituted as the named defendant for Kristin Gleeson, former Director of the SCR.

[2] Defendants respectfully note that the Parties are in the process of negotiating a proposed briefing schedule, which the Parties will submit to the Court.

Defendants request this extension because this Office is still conferring with the OCFS officials and conducting its investigation into this purported class action, which attempts to bring suit on behalf of hundreds of individuals.

Thank you for your Honor's consideration of this submission.

Respectfully submitted,

*/s/ Elizabeth Gates*
Elizabeth Gates
Ihaab Syed
Assistant Attorneys General
(212) 416-6402/8210
elizabeth.gates@ag.ny.gov
ihaab.syed@ag.ny.gov
*Attorneys for Defendants*

cc: Counsel of Record

2