**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATRICK POE, RACHEL ROE, and VERONICA VOE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>DAMIA HARRIS-MADDEN, as Commissioner of the New York State Office of Children and Family Services; KRISTIN GLEESON, as Director of Statewide Central Register of Child Abuse and Maltreatment, and Acting Associate Commissioner of Child Welfare and Community Services; and STEVEN CONNOLLY, as Director of the Bureau of Special Hearings,<br><br>     Defendants. | Case No.: 1:26-cv-01606-GBD<br><br>Hon. George B. Daniels |

**SECOND STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE RELATING TO COMPLAINT AND CLASS CERTIFICATION MOTION**

This Stipulation is entered into between Plaintiffs Patrick Poe, Rachel Roe, and Veronica Voe (collectively, "Plaintiffs") and Defendants Dr. DaMia Harris-Madden, sued in her official capacity as Commissioner of the New York State Office of Children and Family Services ("OCFS"), Kristin Gleeson,[1] sued in her official capacity as "Director of Statewide Central Register of Child Abuse and Maltreatment, and Acting Associate Commissioner of Child Welfare and Community Services," and Steven Connolly, sued in his official capacity as Director of the OCFS Bureau of Special Hearings (collectively, "Defendants," and, together with Plaintiffs, the "Parties"):

---

[1] Brian Kelley is Director of the Statewide Central Register of Child Abuse and Maltreatment.

WHEREAS, on February 26, 2026, Plaintiffs filed a putative class action Complaint in the above-captioned action against Defendants in the United States District Court for the Southern District of New York, alleging a procedural due process claim under 42 U.S.C. § 1983 (ECF No. 1);

WHEREAS, on March 2, 2026, Plaintiffs filed a Motion for Class Certification in the above-captioned action (ECF No. 16);

WHEREAS, on March 5, 2026, Defendants were served with the Summons, Complaint and all documents filed in support of Plaintiffs' Motion for Class Certification (ECF Nos. 38-40);

WHEREAS, by Letter dated March 18, 2026 (ECF No. 42), Defendants requested an extension of their time to answer, move, or otherwise respond to the Complaint from March 26, 2026, to May 26, 2026; and an extension of their time to respond to Plaintiffs' Motion for Class Certification from March 19, 2026 to May 18, 2026;

WHEREAS, on March 18, 2026, the Court granted Defendants' request (ECF No. 43);

WHEREAS, on March 25, 2026, the Parties filed a Stipulation and [Proposed] Order for Briefing Schedule Relating to Complaint and Class Certification Motion (ECF No. 48);

WHEREAS, on March 26, 2026, the Court so-ordered the Stipulation and Order for Briefing Schedule Relating to Complaint and Class Certification Motion (ECF No. 49);

WHEREAS, the Parties have agreed to further extend the deadlines for Defendants to file an answer or otherwise respond to the Complaint and Motion for Class Certification; and

WHEREAS, if Defendants file a motion to dismiss the Complaint and/or file an opposition to the Motion for Class Certification, the Parties have agreed to extend the deadlines for the Parties to file responsive briefing thereafter as set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that:

1. Defendants shall answer, move, or otherwise respond to the Complaint on or before June 2, 2026;

2. If Defendants file a motion to dismiss, then Plaintiffs shall either file an amended complaint or an opposition to Defendants' motion to dismiss on or before August 24, 2026;

3. Defendants shall file any reply brief in further support of their motion to dismiss on or before October 8, 2026;

4. Defendants shall respond to Plaintiffs' Motion for Class Certification on or before June 8, 2026;

5. Plaintiffs shall file a reply brief in further support of their Motion for Class Certification on or before July 23, 2026; and

6. Notwithstanding the foregoing, the Parties reserve their rights to seek further adjournments and/or a stay of the foregoing deadlines.

Dated:  May 15, 2026

Respectfully Submitted,

/s/ Suhana S. Han

Garrard R. Beeney (*beeneyg@sullcrom.com*)
Suhana S. Han (*hans@sullcrom.com*)
Jessica M. Klein (*kleinj@sullcrom.com)*
Stella S. Meyer (*meyerste@sullcrom.com*)
Aneesa Mazumdar
(*mazumdara@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, N.Y. 10004-2498
Telephone:  (212) 558-4000


/s/ Lucas S. Marquez

Lucas S. Marquez (*lmarquez@bds.org*)
Lauren Shapiro (*lshapiro@bds.org*)
Alyssa Briody (*abriody@bds.org*)
BROOKLYN DEFENDER SERVICES
177 Livingston Street, 7th Floor
Brooklyn, N.Y. 11201
Telephone:  (718) 254-0700


/s/ Christine Gottlieb

Christine Gottlieb
(*gottlieb@mercury.law.nyu.edu*)
NYU SCHOOL OF LAW FAMILY DEFENSE
CLINIC / WASHINGTON SQUARE LEGAL
SERVICES, INC.
245 Sullivan Street, 5th Floor
New York, N.Y. 10012
Telephone:  (718) 374-1364

/s/ David Shalleck-Klein

David Shalleck-Klein
(*dshalleckklein@fjlc.org*)
Lewis Bossing (*lbossing@fjlc.org*)
Sarah Ortlip-Sommers
(*sortlipsommers@fjlc.org*)
Phoenix Rice-Johnson
(*pricejohnson@fjlc.org*)
FAMILY JUSTICE LAW CENTER
183 Madison Avenue, Suite 419
New York, N.Y. 10016
Telephone:  (212) 223-6939


/s/ Tehra Coles

Tehra Coles (*tcoles@cfrny.org*)
Christine Waer (*cwaer@cfrny.org*)
Melissa Lombreglia
(*mlombreglia@cfrny.org*)
CENTER FOR FAMILY REPRESENTATION
40 Worth Street, Suite 605
New York, N.Y. 10013
Telephone:  (212) 691-0950


*Attorneys for Plaintiffs*

Aditi Fruitwala (*afruitwala@aclu.org*)
Viviana Bonilla López
(*vbonillalopez@aclu.org*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, D.C. 20005
Telephone:  (212) 549-2500

Jessica Perry (*jperry@nyclu.org*)
Gabriella Larios (*glarios@nyclu.org*)
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 19th Floor
New York, N.Y. 10004
Telephone:  (212) 607-3300

*Of Counsel for Plaintiffs*

/s/ Elizabeth B. Gates
Elizabeth B. Gates
(*elizabeth.gates@ag.ny.gov*)
Ihaab Syed
(*ihaab.syed@ag.ny.gov*)
OFFICE OF THE NEW YORK
STATE ATTORNEY GENERAL
28 Liberty Street
New York, N.Y. 10005
Telephone:  (212) 416-6402

*Attorneys for Defendants*

SO ORDERED.

May _____, 2026

_____
The Honorable George B. Daniels
United States District Judge