**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICK POE, RACHEL ROE, VERONICA     :
VOE, *individually and on behalf of all others*     :
*similarly situated,*     :

              Plaintiffs,     :

      v.     :

DAMIA HARRIS-MADDEN, KRISTIN     :
GLEESON, STEVEN CONNOLLY     :

              Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

26-cv-1606 (GBD)

**GEORGE B. DANIELS, United States District Judge:**

The parties are ordered to appear for a conference before Judge Daniels on Wednesday, June 10,

2026, at 10:00 A.M.  A new deadline for Defendants' response to Plaintiffs' motion for class certification

will be issued at this conference.

Dated: June 2, 2026
       New York, New York

**SO ORDERED.**

*George B. Daniel*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE