UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL ROE and VERONICA VOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAMIA HARRIS-MADDEN, as Commissioner of the New York State Office of Children and Family Services; BECKY WOOD-HULBERT, as Director of Statewide Central Register of Child Abuse and Maltreatment; and STEVE CONNOLLY, as Director of the Bureau of Special Hearings,<br><br>Defendants. | Case No.: 1:26-cv-01606<br><br>Judge George B. Daniels<br>Magistrate Judge Henry J. Ricardo<br><br>**[PROPOSED] ORDER ON PLAINTIFFS BETHANY BOE, CAROLINE COE, AND DANIELLE DOE'S MOTION TO PROCEED PSEUDONYMOUSLY** |

WHEREAS, on February 25, 2026, Judge Katherine Polk Failla granted Plaintiffs Veronica Voe and Rachel Roe leave to proceed under pseudonyms; and

WHEREAS, on August 23, 2026, Plaintiffs filed their Amended Complaint in this action, adding new Plaintiffs Bethany Boe, Caroline Coe, and Danielle Doe (the "New Plaintiffs"); and

WHEREAS, on August 24, 2026, Plaintiffs filed their Corrected Amended Complaint in this action; and

WHEREAS, on August 24, 2026, the New Plaintiffs moved for leave to proceed under pseudonyms in this action; and

WHEREAS, Defendants have consented to the New Plaintiffs proceeding under pseudonyms in this action.

IT IS HEREBY:

ORDERED that Plaintiffs Bethany Boe, Caroline Coe, and Danielle Doe's Motion To Proceed Pseudonymously is GRANTED; and it is further

ORDERED that all public filings will proceed pseudonymously by means of the pseudonyms reflected in this Order, and that all other filings will be under seal to the extent they reveal the identities of the New Plaintiffs; and it is further

ORDERED that Defendants and their legal counsel and staff are prohibited from disclosing the identities of the New Plaintiffs unless and until further ordered by this Court.

Dated: OCT 0 5 2026

New York, New York

SO ORDERED

George B. Daniels

Hon. George B. Daniels