**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BETHANY BOE, CAROLINE COE, DANIELLE DOE, RACHEL ROE and VERONICA VOE, individually and on behalf of all others similarly situated,

*Plaintiffs*,

*v.*

DAMIA HARRIS-MADDEN, as Commissioner of the New York State Office of Children and Family Services; BECKY WOOD-HULBERT, as Director of Statewide Central Register of Child Abuse and Maltreatment; and STEVE CONNOLLY, as Director of the Bureau of Special Hearings,

*Defendants*.

ORDER

26 Civ. 1606 (GBD)

**GEORGE B. DANIELS, United States District Judge:**

The oral argument scheduled for October 21, 2026, is adjourned to February 18, 2027, at 10:00 AM.

**SO ORDERED.**

Dated: OCT 08 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
United States District Judge