**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BETHANY BOE, CAROLINE COE, DANIELLE DOE, RACHEL ROE and VERONICA VOE, individually and on behalf of all others similarly situated,

*Plaintiffs*,

*v.*

DAMIA HARRIS-MADDEN, as Commissioner of the New York State Office of Children and Family Services; BECKY WOOD-HULBERT, as Director of Statewide Central Register of Child Abuse and Maltreatment; and STEVE CONNOLLY, as Director of the Bureau of Special Hearings,

*Defendants*.

ORDER

26 Civ. 1606 (GBD)

**GEORGE B. DANIELS, United States District Judge:**

Plaintiffs' motion for class certification, (ECF No. 16), and amended motion for class certification, (ECF No. 71), are DENIED as moot in light of the second amended motion for class certification. (ECF No. 96.)

Defendants' motion to dismiss the original complaint, (ECF No. 58), is DENIED as moot in light of the corrected amended complaint. (ECF No. 95.)

Because Tehra Coles, Melissa Lombreglia, and Christine Waer have since been admitted to practice before this Court, their motions to appear pro hac vice, (ECF Nos. 32, 33, 34), are DENIED as moot, and the motions to withdraw the Lombreglia and Waer motions, (ECF Nos. 89, 90), are GRANTED.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 16, 32, 33, 34, 58, 71, 89, and 90.

**SO ORDERED.**

Dated: OCT 19 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE